UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11CR291 HEA |
| FRANK WILKS, | ) ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on counsel's Motion to Withdraw [Doc. 29] and the Motion to Continue [Doc. #30] is set in this matter for Monday, September 12, 2011, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 7th day of September, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE