UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:11CR291 HEA |
| FRANK WILKS, | ) |  |
| Defendant. | ) |  |

## ORDER

This matter comes before the Court upon Defendant's Motion to Continue Trial Setting [Doc. #30] and the waiver of speedy trial which Defendant made on the record at the motion hearing of September 12, 2011.

This Court, upon careful consideration of the motion of Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Frank Wilks to October 24, 2011, and that a continuance of these proceedings outweighs the best interest of the public and the Defendant in a speedy trial. Furthermore, failure to grant a continuance would deny new counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has waived his right to a speedy trial under the Speedy Trial Act, 18 U.S.C. §3161, before the Court and on the record at the hearing on September 12, 2011.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendant Frank Wilks is RESET to October 24, 2011, at 9:30 a.m.

Dated this 12th day of September, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE